GOVERNMENT EXHIBIT #2 6/23/06

# Where the Gathering will be in 2006

This year the annual North American Rainbow Gathering (hence referred to as the *Gathering*) will be in Colorado from July 1 - July 7. It was the shortest Vision Council ever, and was done in under 3 hours with no other states mentioned.

Several people did a nice **Howdy Folks** this year. Here's a page with several variations you can print out.

## Directions

From Steamboat Springs: Follow rt 40 west out of town. Turn north at the light on rt 129, and follow this to Clark (last stop for gas). Continue on CR 129 another 12 miles to FS 550. Turn right (east) on FS 550 and follow this for 3.7 miles to FS 500. Turn right on FS 500 and continue another 2.6 miles to FS 505. Turn right onto FS 505, and continue 0.3 miles to bus village and parking. Welcome Home !

Here's a map to the site (jpg) (pdf) carefully drawn, and here's an online Topo Map The site is called Silver City Creek. The hike in is about 1.2 miles from parking to the trailhead (there is also a shuttle) and then 1.3 miles to main circle from the trailhead. Here's some pictures I took of the site the first day we arrived there after Spring Council.

You can also come down from I-80 in Wyoming via Baggs. I have been warned by locals that Baggs has nasty speed traps. Here's directions via MapQuest to get to roughly where FS 505 goes east from CR 129.

## Transportation Options

Alpine Taxi
    800-343-7433. Runs 3 trips daily between DIA and Steamboat Springs. Leaves DIA at 11am, 4pm, 9pm. Leave Steamboat Springs at 6am, 10 am, and 3pm. It's a four hour trip. Cost $75 one-way, $140 rt.
Amtrak
    Amtrak stops in Granby, which is east of Steamboat Springs about 2 hours on rt 40.
Greyhound
    Greyhound from Denver goes almost halfway to Steamboat Springs. One bus a day. Leaves Denver 8:15 AM, Arrives Frisco 9:45 AM About $15.00. Free shuttle from Frisco to Silverthorne. Free shuttle from Silverthorne to supermarket in Breckenridge.

# Ignore all rumors of cancellation or organization! Live Lightly with the Land and People!

---

Additional information on the water system used to purify water for this year is here. Clean water helps keep us all healthy! A PayPal account has been opened by Hawker to help cover the cost of the filters, and other expensive parts that need replacement every year.

The water crew is asking all kitchens that want to be connected to the main water line to bring the following items. These items in total should not cost more than $50-$100. Please help get this word out to all kitchens. If each kitchen brings a little it helps us all.

- 1-3 rolls (usually 300-400') of NSF rated 3/4 inch black poly pipe.
- 1 or more 3/4 inch plastic barbed T
- 2-3 3/4 inch plastic barbed couplings
- 1 or more spigots with 1/2 inch NPT male pipe threads
- 1 or more 1/2 inch Female NPT threads to 3/4 inch barbed insert
- 6-12 1 1/4 inch hose clamps

Stone from CALM has also setup a paypal account for CALM supplies. Go here for that page.

The Rainbow Guide is also looking for donations to cover the costs of publishing the Guide. If you've ever traveled and looked up people in the Guide, you know what a great resource this is.

## Happenings at the Gathering

There are many wonderful things that happen at a gathering, but I'll list a few highlights. Remember the concept of "Rainbow Time", and that any semi-scheduled event will start when it starts, and not necessarily by the clock.

July 4th, Circle for Peace
: Join us for a silent circling of people to pray for world peace. The circle for peace starts at sunrise at main circle, and ends around Rainbow noon after a period of OHMing, and the Kiddie Village Parade!

AGR Circle
: There is usually a party/circle/council at 3pm on the 3rd of July for folks on the various Rainbow oriented email lists and newsgroups to meet face to face. Lately this has been at Instant Soup kitchen, but you can check the Info booth before then to be sure. In person, people seem so different than they do through email.

Talent Show at Granola Funk
: For many years there has been a talent show at the Granola Funk Theater. The last few years have been recorded, and tracks are available at this Rainbow Music page.

There has been a suggestion by some indiviguals to wear black arm bands to show opposition to the permit process. A much better explanation is here.

For more information about Rainbow Gatherings, here are some more documents.

Rainbow Legal Background
: This page has info on the legal issues surrounding the Rainbow Gathering, and the past court cases.

Benefits of Hosting a Rainbow Gathering
: This is an interesting document about the Environmental, Spiritual, Health, and Law Enforcement Benefits of a Gathering.

Rap on Rainbow Disorganization
: I grabbed this off AGR the other day, and thought it was a good rough description about the "Organization" of a Rainbow Gathering.

Reality Check
: I grabbed this off AGR the other day, and thought it was a good introduction for Locals as to what to expect from having a Rainbow Gathering nearby.

Letter to District Rangers
: This is a letter written to the District Rangers in the Great Lakes area where the gathering will was held in Michigan.

Open Letter to Folks living in Utah and Surrounding Areas
: This is an open letter somebody wrote recently on AGR, that I thought I'd reproduce here.

Rainbow Terminology
: This is an interesting paper on various other definitions of Rainbow Family, and how that all applies to our own definitions of Rainbow Family.

Bus Travel Info
: This is a page with info on pricing for bus tickets.

Train Travel Info
: Can't forget Amtrack, on occasion, trains are cheaper than busses.

Tips for a safe journey home & a Positive Gathering
: This is a good list of tips I grabbed off AGR, that is worth reading.

Rap 420
: This is a nice rap I pulled off AGR the other day on how to stay out of jail when driving through a roadblock. (roadblocks and police harassement are highly likely this year)

Topozone
: This is a great web site for checking out sites. It contains topographical maps down to a 7.5 quad. Real fun if you like maps.

## Other Sources of Information

Now that it's Spring Time, the Forest Service is cranking up their disinformation propoganda machine. While the USFS tries heavily to freak out the locals about the coming Gathering, usually the result is no where as bad as they try to lead folks to believe. Here's a few general media articles looking back on things from the perspective of a year later.

REMA - Rainbow Emergency Management Assembly
: Unknown to most of the world is that people from the Rainbow Family created and ran the largest relief camp for the entire Katrina relief effort, and are still there helping the communities rebuild. When it comes to feeding thousands of people and doing medical care under primitive conditions for little to no money, there is nobody better than the Rainbow Family.

Modoc Country News
: The Modoc County Record published several articles about the gathering in CA in 2004. This one is from after the gathering talking about the high quality of cleanup. Rainbows Leave Forest Clean, Tidy This next article is a recap of the 1984 Rainbow Gathering held near Likely. This next article talks about the Incident Command Team and how they are unnecessary.

Rainbows earn praise for cleanup
: This was published in the Salt Lake Tribune a month after the gathering, and talks about the quality of the cleanup.

Recap From PA
: This is a nice article, where the PA Chief of Police was interviewed about the previous year's gathering. Not suprisingly, he says the harsh propoganda put out by the Forest Service turned out to be completely inaccurate, and that while there few problems, it just wasn't that bad at all. Plus the local business made over $1,000,000.

Without a Trace
: A recent article from the Missoula Independent, talking about how the reality of the Montana gathering, was way less than the locals had been led to believe.

Oregon Cleanup
: This is an article from the Oregonian, about how well that site has recovered.

Montanna Cleanup
: This is an article from the Montana Standard about how well the site has recovered.

Idaho Cleanup
: This is an article from the Idaho Stateman, about how well that site was cleaned up.

Treading Softly On the Earth:The Rainbow Tribe's Impact on Forest Lands.
: This article is an indepth look at the cleanup side of the Rainbow Gatherings done by a Taos, NM college student. It goes into detail covering the process of cleanup, and the comments of the various Forest Service's District Rangers years later.

## Ride Shares

- Kind Ride Share
- Star's Rainbow Ride Board
- Peace Conspiracy Ride Share

*Last updated May 5th, 2006*

---

For general information about the Rainbow Family and regional events, please first look around the web site. You can find most info you'd want by going back to the top level and searching again. Good spots to start are the Info page on the annual gathering in July, the North American Calendar of Events, or the International Calendar of Events. Other good sources of info on local Rainbow events is at the Rainbow Lightlines or the Rainbow Potlucks. If that doesn't work, email our newsgroup at agr@agr.welcomehome.org

Bugs in this web page can go to me at *rob at welcomehome.org*

