Groups Home | Help | Sign in

| x | Go to Google Groups Home |

Web    Images    **Groups**    News    Froogle    Maps    **more »**

Adams letter 2006     [ Search ]    Advanced Groups Search
                                    Preferences

**alt.gathering.rainbow > An open letter ; Adams to Rey and Rainbow**

**From:** whistler - view profile
**Date:** Thurs, May 11 2006 1:31 pm

show options   Fixed font - **Proportional font**

ssage: 3
Date: Thu, 11 May 2006 09:10:41 -0600
From: peacetri...@wildrockies.org
Subject: FOR ALL WAYS FREE - Open Letter to U.S. Mark Rey, et. al.,
    and Rainbow - to all points of light, please
To: <a...@agr.welcomehome.org>
Message-ID: <6.2.5.6.0.20060511090911.02157c60@wildrockies.org>
Content-Type: text/plain; charset="iso-8859-1"; format=flowed

OPEN LETTER TO UNDERSECRETARY OF AGRICULTURE MARK
REY AND RAINBOW FAMILY, AND RAINBOW FAMILY TRIBE AND ANNUAL
GATHERERS.

May 1, 2006                    Barry Adams, plunker
                               Rainbow Family Tribe
                               Box 8574, Msla. Mt. 59807

<file:///mailto:peacetri...@wildrockies.org>peacetri...@wildrockies.org

Reply re: : File Code 2720, Date: JAN  18 2006:

UnderSecretary of Agriculture
Mark Rey

cc. GAIL VAN DER BIE
Acting Director of Recreation,

Regional Forester Rick Cables

Howdy Mark Rey,

    In the "bright light" of recent Supreme Court Opinion
in:
<file:///http://caselaw.findlaw.com/cgi-bin/getcase.pl?
court=US&navby=case&vol...>Gonzales

v. O Centro Espirita Beneficenteuniao Do Vegetal
No. 04-1084 February 21, 2006: I petition you as
UnderSecretary, in authority over Forest Service,
and/or United States Forest Service to review my
Petitions, letter and personal appeals, Special
Use Application i.e. Montana, 2000; various court
cases, et. al. etc., specifically in regards to
my legal stance on 'accommodation" for
Creed,  (in whatever forms) re: 36 CFR 251 be
applied in an "alternative manner" in regards to

*Defense Exhibit J*

the Annual Gathering of the Tribes
hosted/sponsored by the Rainbow Family Tribe. See part B, this letter.

After review, I petition for your
immediate implementation of policy listed as
"Resource and Recreation Strategy" supplanting
the current "Law Enforcement" application of 36
CFR 251. This "least restrictive means' of
applying this regulation, and taking up the path
of communications and cooperation, working with
the People of the Gatherings in Respect and Peace, is long overdue.
     In fact, in one vision of an ideal
situation for this years Annual Gathering, would be:
(1)   Implementation of the policy known as
Resource and Recreation strategy involving
District Rangers, resource and recreation
personnel with "back-up" by local LEOs.
(2)   Spring Circle affirms consensus on the
Site of this Year's Annual Gathering -
environmentally appropriate, See Garrick's email
exchange with /Special Agent Bill Fox and LEO Director John Twiss.
(3)   Co-Operation's Plan can be worked out, on
Site, with people, between resource and
recreation Rangers, and Gatherers. See
co-operations plan, Penn. 1999, District Ranger and Gatherers.
(4)   Once Plan is worked out, with public
safety, health, resource issues dealt with, AND
civil rights of attendees, the Forest Service
issues/grants authorization to Rainbow Family
Tribe (responsible body) for the Annual
Gathering; and (on this) July 1, Gathering Circle
'affirms consensus" of said Co-Operation Plan,
(thereby agreeing to the 'authorization"), AND
Forest Service comes to Circle July 1, presents the permit.

In the fullest ideal of a possible "Vision":
  Mark Rey, an Undersecretary that has attended
Annual Gatherings, how great it would be if you
were to come to Circle July 1, and speak to the
Annual Gathering, and to the Rainbow Family
Tribe, of the new relationship (resource and
recreation application) built on cooperation, and
eventual trust, and present, along with the Chief
of Forest Service (or representative), the
authorization, i.e. PERMIT, signed by you and the
Chief, and GIVE this to the Annual Gathering (All
offerings to the Magic Hat are accepted).
If this were to happen, the likelihood of a new
era of cooperation and Peace between Annual
Gatherers and Forest Service could be achieved.
For nearly a third of the existence of Forest
Service as a Federal Agency, it has been coping
with Rainbow Family Tribe, and me; this could be a dawning of a new
day.

Please give what I ask, petition for, serious
consideration. I am sure you understand and
realize, through attending, "Rainbows" i.e.
Gatherers co-operate, communicate with one
another, manage to work out issues and situations

with one another, in some sort of 'magical way",
similar to the way cockroach's organize, only
with higher intelligence. See Cockroach story.
In San Francisco, January 2004, you came to a
Circle, of only a few folks, but it was held in
Respect and Peace, and this could happen in the
Circle July 1. Such actions of change of policy,
and presentation in Circle, would go a long way
toward assuring Gatherers of the true intentions
of the Government, to respect their Rights of
practice of their Creed, Expression.
Please answer the mandate of this Opinion, and
support First Amendment Rights to Creed,
Expression, and change application of 36 CFR 251,
to the Non-discriminatory Policy, i.e. Resource and Recreation
Strategy.

This Annual Gathering, July 1-7, is
ESSENCE of the practice of my Creed, and this
ruling re Gonzales affirms my legal position with
the law AND that I am not, as has been contended
a 'scofflaw" merely because I have sought an
accommodation, a waiver, an "alternative manner"
of in the 'application/permitting" process, based
on my personal creed, spiritual practice; along
with me are all those other "Attendees" who have
shared, attended Annual Gatherings, over the
years, in their personal practice of creed and
speech/expression. with its accompanying Circle
of Silence of/for Peace. This Gonzalez ruling
applies to me as an individual in regards to the
practice of my Creed under First Amendment,
Religious Freedom Restoration Act,
Institutionalized persons and Religious land use
Act, et. al., etc.. See 10th circuit, and U.S. v. Jefferson.

Gonzalez Opinion mandates "least
restrictive means" of applying "generally applied regulations"

Under your current policy of using
"Law Enforcement Strategy", rather
than "Resource and Recreation Strategy", which
are at least two choice options, violations of
civil liberties, the rights of people of creed,
religion, faith, political expression are a daily
occurence. The Declaration of Emergency alone is
a form of "Heckler's Veto" - without a doubt the
local folks, and the State, become filled with
anxiety - instead of 20, 000 "tourists" with
money, "public land users' coming to work out
with things with the Forest Service on
environmental, public health and safety issues,
rather the impression is given through this
Declaration of Emergency to the effect "watch
out, watch out, the Rainbow are coming, lock up
your daughters, look out for your sons, the
Rainbows are coming to get everyone!" (a little
ditty popular in the Flathead Valley in Montana,
when I lived up there before the Montana 1976 Gathering).

      Down in the the Gulf, folks came to know, since Katrina, that Rainbows and friends are good to have around in Emergencies, and much can be learned from the way Rainbow Gatherings, internal kitchens, supplies etc.. are set up - some medical units who have attended Annual Gatherings and volunteered their services, are some of the same peoples who volunteered in the Gulf, also note, there are still folks in the Gulf volunteering, just like many Americans and folks from around the World. The point is, Rainbows coming to Gathering ain't no Emergency. If things worked differently, and cooperation was bridged between Forest Service, Homeland Security (operating Unified Command overall), and the Annual Gathering, workshops could be attended in Gathering, just like other folks, concerning how to?? With kitchens etc... folks who are volunteers in the Gulf wil be at Annual Gathering. Please end the policy of Declaring Emergency, keep the Recreation and Resource Strategy Policy in the hands of the Regional Forester and District Ranger, and apply and implement this strategy with the Rainbow Family Tribe, and Annual Gathering, please!

      I am writing this as a personal appeal for you to take action in the matter of the forthcoming Annual Gathering of the Tribes, July 1-7, **2006** sponsored by the Rainbow Family Tribe (known as the Rainbow Gathering), to take place in/on National Forest lands, in the State of Colorado.

Specifically, I ask for your positive intervention, leadership to avert an Annual "crisis", "Declaration of Emergency", etc., in accordance with the Constitution, and with recent Supreme Court decisions, notably:

<file:///http://caselaw.findlaw.com/cgi-bin/getcase.pl?court=US&navby=case&vol...>Gonzales

v. O Centro Espirita Beneficenteuniao Do Vegetal No. 04-1084 February 21, **2006**.

      This case involved Federal Government intervention in spiritual, religious practice, and opens a way, through Supreme Court declaration, that a "generally applied regulation" must still tolerate spiritual, religious practice. This Opinion supports Religious Freedom Restoration Act (RFRA):

"Among other things, RFRA prohibits the Federal Government from substantially burdening a person's exercise of religion, "even if the burden results from a rule of general applicability," 42 U. S. C. §2000bb-1(a), except when the Government can "demonstrat[e] that application of the burden to the person (1)

[furthers] a compelling government interest; and
(2) is the least restrictive means of furthering
that ... interest," §2000bb-1(b).)"

In this regard the generally applied regulation
is 36 CFR 251, and the 'spiritual, religious
practice" known as the Annual July 1-7, Gathering
of Prayer and Peace, so-called Rainbow Gathering.

"Noncommercial group use permits do not grant or
deny freedom of assembly or freedom of
speech. The rights to freedom of assembly and
freedom of speech are guaranteed by the United
States Constitution. These rights are fully
respected by the Forest Service. When
noncommercial group use permits are issued, they
regulate time, place, and manner with respect to
the exercise of these rights by groups of 75 or
more people on National Forest System
lands. Noncommercial group use permits authorize
the holder to use and occupy the National Forest
System lands covered by the permit, subject to
rights retained by the United States, including
continuing rights of access, a continuing right
of physical entry for inspection, monitoring, or
for any other purposes consistent with any right
or obligation of the United States, and the right
to require common use of the land or to authorize
use by others in any way that is not inconsistent
with the privileges granted by the permit. The
use and occupancy authorized by a noncommercial
group use permit would not be allowed without the
permit. The primary purposes of noncommercial
group use permits include protection of National
Forest System lands and resources, promotion of
public health and safety, and allocation of space
among competing uses of National Forest System lands."

In Reply to my letter, and my Attorney's letter,
Recreation (Acting) Director de Bries wrote:

"6. Issues regarding the organizational structure
and representation of the Rainbow Family are best
resolved by the group. Whatever process the group
chooses should ensure compliance with the
noncommercial group rule. This rule requires that
an application for a noncommercial gathering
involving 75 or more persons be submitted at
least 48 hours in advance of the event and that a
permit be granted by the Forest Service prior to
the event. Additionally, the application must
indicate the person or persons who will sign the
permit on behalf of the group, and the permit
must be signed by a person or persons on behalf
of the group. At least one of the persons signing
the permit must be available to the Forest
Service during the event. We understand that the
Rainbow Family is a loosely structured group. We
will continue to work with signers of the permit
as well as other event participants who are as

committed as we are to ensuring the success of
authorized Rainbow Family gatherings."

Seemingly, Forest Service are caught in a duality of having a stated
purpose:

"Noncommercial group use permits do not grant or
deny freedom of assembly or freedom of
speech. The rights to freedom of assembly and
freedom of speech are guaranteed by the United
States Constitution. These rights are fully
respected by the Forest Service. When
noncommercial group use permits are issued, they
regulate time, place, and manner with respect to
the exercise of these rights by groups of 75 or
more people on National Forest System lands."

And yet, each year for nearly a third of the
year's of Forest Service existence, the Annual
Rainbow Gathering, for whom this regulation was
designed, somehow ends up just outside the
regulation, somehow winds up as an "Emergency",
requiring a "Unified Command" et al.. Costing
millions in Forest Service and/or FEMA funds. All
because the spiritual, religious expressive creed
practice of the Annual Gatherers conflicts with this generally applied
rule.

To achieve a "permit" being signed, Forest
Service has repeatedly placed individuals and/or
'Annual Gatherers" "under duress" in a variety of
ways, regardless of Federal law prohibiting such
actions. Forest Service has sought, through a
variety of means - including use of a "Ghost
Signer" re; California 2004, (see West Virginia
report) - to achieve having a "permit signer"
and/or "contacts" within the Annual Gathering -
this has been detrimental to integrity of the
Annual Gatherers, and to the recreation and
resource concerns of the Forest Service.

Forest Service has annually
intervened/interfeared in the spiritual,
religious practice, the "sacred way of
Gathering", known as "Rainbow process", whereby
the Annual Gathering attendees self-govern. This
"Rainbow process' is part prayer, part petition,
of individuals to other individuals within the Annual Gathering.

For the sake of peace and clarity,
what I am asking you, Mr. UnderSecretary of
Agriculture, who oversees Forest Service policy
and operations, for you to "waive" the strict
application of this rule 36 CFR 251 "application
requirements", and in a "less restrictive manner"
i.e. the "least restrictive manner" apply this
rule in cooperation and respect of this Annual
Gathering and its "Rainbow process" used by
Annual Gatherers to determine Sites and other

specifics of this Annual Gathering.

I have offered this example many times, but I do so herein again - Rainbow Way is/has been developed:

(1) Vision Circle, West Virginia determined through "Consensus" i.e. "Rainbow Way/process" to be Colorado for "Siting" 2006 Annual July 1-7, Gathering.
(2) ThanksGiving Circle was held, and affirmations made for scouting Colorado, contact addresses for this year's Gathering. All in consensus, and in accordance with "Annual Gathering process" to be affirmed July 1-7, 2006, by Annual Gatherers.
(3) Next, various individuals who "scout" for adequate Sites, using criteria involving both 'practical-tactical" information and "visions and spiritual insights", concerning a "Home-site", for the Annual Gathering of the "Rainbow Family", with guests and friends".
(4) At some point, all information concerning "siting' comes to Spring Circle, and at some point, "consensus" is reached, "Rainbow-style", as to where the "Site" of the Annual Gathering is to be, information goes out. People come a'Gathering.

(It is here where the "Rainbow Family, plus other Gatherers" part company with the Forest Service application under 36 CFR 251, as is currently applied.)

(5) July Ist, 2006, this year, People will have Gathered, and thereby, through their presence, affirm the Consensus of all that has gone on since July of 2005. Per Covenants of the Rainbow Way as embodied in Rap 107, Howdy Folks, and the Invitation, all Consensus by any of these Circles MUST BE AFFIRMED BY CIRCLE JULY 1-7.

This year, I am advocating a Circle come together on the Ist of July in Colorado, at the Annual Gathering, and work out openly, in peace, a collective, cooperative "agreement and process of agreeing" with the Forest Service, et. al. i.e. a cooperatively worked out application of 36 CFR 251 to the Annual Gathering.

Annually, since 1972, there has been a "struggle" between the Annual Rainbow Gathering people and the Forest Service. Currently, Forest Service through manipulation of various individuals seem to have "contacts" i.e. permit signers within the Annual Gathering upon whom they can rely. In reality, these "permit signers" who sign without the knowledge or agreement of the other people of the Gathering, become "social pariahs" and their genuine ability to be "contacts" for the Annual Gathering is severely restricted, in plain fact, these persons are not trusted. They act outside

Google Groups: alt.gathering.rainbow
Case 1:06-cr-00282-WDM   Document 4-13   Filed 07/07/06   USDC Colorado   Page 8 of 9
Page 8 of 9

the "Rainbow process". Read any of the Forest
Service LEO analysis/reports, over the years.

I am simply asking that you set a policy in
operating for this Year's Annual Gathering to the
effect that Regional Supervisors and District
Rangers offer this "alternative manner" and work
with the Scouts and Spring Council/Circle in
developing adequate Siting for the Annual
Gathering and that the PERMIT be issued, based on
Siting as worked out between scouts, spring
council and forest service; awaiting only affirmation of July 1-7
Circle.

 AND, contacts and signers - by whoever receives
consensus to sign/be a contact, from July 1st
Circle, convened at the Annual Gathering. To wait
for the 'permit" to be signed this year, is the
time, manner 'alternative" required. At the same
time, a 'process of agreeing and the manner of
cooperation" on future Annual Gatherings could
ALSO be worked out between Forest Service and
Annual Gatherers, and presented at this Circle, perhaps given
"consensus".

An opportunity for peace and cooperation exists
through your issuing such a directive in
"applying" this policy and operation for this
Year's Annual Gathering. Even IF this were for a
ONE TIME ONLY 'application" in this "alternative
manner" i.e. "least restrictive manner".

Mark Rey, you have attended the Annual Gathering,
at least a couple of them, so I believe you have
some understanding of the remarkable ways in
which the Annual Gathering takes place. A truly
unique experience. A cultural phenomenon - a spiritual, religious
event.

I met you in San Francisco, January 2004,
"circled' with you and others, and proposed this
very same "alternative manner". Please consider
this request. Please act positively concerning this proposal.

Incident Commander Mike Lohrey, in Oregon 1997,
proposed this "alternative manner":   Working
with the Circle, and those folks in the Gathering
who are willing to work cooperatively with the
Forest Service. Over the years, there have been a
a number of District Rangers, etc., who have
sponsored a "recreation and resource" application
rather than a 'law enforcement" application of 36 CFR 251.

I petition for common sense, fairness, respect
and peace. Please issue a directive for a
"resource and recreation" application.

This could mean no need for a "Declaration of
Emergency', if the Annual Gathering is respected

as a simple "assembly of citizens" i.e. tourists.
Costs could be vastly reduced. Peoples' Rights
would be being respected, thereby lessening
resistance to cooperation, etc.. The benefits
could be enormous, even from a public relations
standpoint and WHAT IF, in fact, the "Rainbow
problem" could come to a respectful resolution.

Obviously, I am preparing to proceed in Court,
etc., if necessary, to seek a Federal ruling
directing Forest Service to offer this culturally
sensitive "alternative manner". I would love to
avoid any such confrontation, either in Court or
on the Ground. I simply seek the "alternative",
the "least restrictive means" of application of this "generally
applied rule".

Since "Katrina", hurricane disaster, along the
Gulf of Mexico, in places like Waveland, Miss.
And New Orleans, Rainbow Family, with others,
formed "cooperative kitchens" and helped people
feed thousands of people - still there. Not only
is Rainbow Family helping to feed people, raise
their spirits with song and good vibes, but they
are sharing their methods and techniques, their
skills of operating to be able to feed all them
thousands. Skills, etc.. learned, practiced at
Rainbow Gatherings, etc.. Through cooperation
many things can be learned and shared by Forest
Service with/at Annual Gatherings. This can
happen IF the Forest Service "let it be".

Incidentally, I would hope not only for your
personal intervention, leadership in this matter,
but that if this all works out, you personally,
could appear at the Circle on July 1st, and speak
to the Annual Gathering. I believe through this
personal action of appearing in respect, upon
your part, that any "agreement and process of
agreeing" that is worked out between "Annual
Gatherers" and Forest Service concerning Annual
Gathering would have an authentic stamp of
Governmental authority and the People would
thereby gainsay a measure of trust in furthering a cooperative
relationship.

   Thank you, in respect,
      Barry E. **Adams**, plunker, Rainbow Family Tribe

⎯Reply

Google Home - Terms of Service - Privacy Policy

©2006 Google