MAGAPP, TERMED

# U.S. District Court
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:06-cr-00282-WDM All Defendants

Case title: USA v. Sowka          Date Filed: 07/01/2006
                                  Date Terminated: 07/07/2006

Assigned to: Judge Walker D. Miller

**Defendant**

Scott Sowka (1)                        represented by   Scott Sowka
*TERMINATED: 07/07/2006*                                2521 Courtland Court
                                                        Fort Collins, CO 80526
                                                        PRO SE

**Pending Counts**                                      **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                   **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                          **Disposition**
18:13-7990.P Occupancy of National
Forest Land Without Permit

**Plaintiff**
USA                                    represented by   Habib Nasrullah
                                                        U.S. Attorney's Office-Denver
                                                        1225 Seventeenth Street
                                                        #700
                                                        Denver, CO 80202
                                                        303-454-0216
                                                        Fax: 303-454-0404

000001

Email: habib.nasrullah@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert M. Brown**
U.S. Attorney's Office-Denver
1225 Seventeenth Street
#700
Denver, CO 80202
303-454-0355
Fax: 454-0403
Email: Robert.Brown5@usdoj.gov
*TERMINATED: 08/23/2006*
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2006 | 17 | MINUTE ORDER granting 16 Motion for Extension of Time to File Response/Reply as to Scott Sowka (1). Extended to 11/23/06. Entered by Judge Walker D. Miller on 10/20/06. (tll, ) (Entered: 10/20/2006) |
| 10/13/2006 | 16 | MOTION for Extension of Time to File Response/Reply as to 14 Brief by USA as to Scott Sowka. (Attachments: # 1 Exhibit 1)(Nasrullah, Habib) (Entered: 10/13/2006) |
| 10/06/2006 | 15 | TRANSCRIPT of Trial - Partial as to Scott Sowka held on 7/7/06 before Magistrate Judge David L. West. Prepared by: Avery. Pages: 55. (certified copy) Text Only Entry - Per Statute, copies of transcripts are available for inspection in the clerk's office. Parties interested in a copy may contact the court reporter or, in the case of a transcript prepared from a digital-audio taped record, the courtroom deputy for the judicial officer. (ecm, ) (Entered: 10/10/2006) |
| 09/19/2006 | 14 | OPENING BRIEF OF APPELLANT, Scott Sowka re: 6 APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Scott Sowka (ecm, ) (Entered: 09/19/2006) |
| 08/23/2006 | 13 | NOTICE *Requesting Termination of Electronic Service* by USA as to Scott Sowka (Nasrullah, Habib) (Entered: 08/23/2006) |
| 08/23/2006 | 12 | NOTICE OF ATTORNEY APPEARANCE Habib Nasrullah appearing for USA. (Nasrullah, Habib) (Entered: 08/23/2006) |
| 08/17/2006 | 11 | MINUTE ORDER; GRANTING 9 Motion to Continue as to Scott Sowka (1); defts Opening Brief due on/before 9/21/06; govt shall Respond on/before 10/23/06; deft may Reply on/before 11/13/06 by Judge Walker D. Miller (ecm, ) (Entered: 08/17/2006) |
| 08/14/2006 | 10 | NOTICE of Change of Address of deft Scott Sowka pro se (ecm, ) (Entered: 08/15/2006) |
| 08/14/2006 | 9 | MOTION for Continuance by Scott Sowka pro se. (ecm, ) (Entered: |

000002

| | | |
|---|---|---|
| | | 08/15/2006) |
| 07/21/2006 | 8 | Receipt for $32.00 for Appeal Fee by Scott Sowka (ecm, ) (Entered: 07/24/2006) |
| 07/20/2006 | 7 | MINUTE ORDER : setting deadlines for filingsas to defendant Scott Sowka. (tll, ) (Entered: 07/20/2006) |
| 07/14/2006 | 6 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Scott Sowka re 4 (klt, ) (Entered: 07/17/2006) |
| 07/14/2006 | 5 | NOTICE; Consent to Service by Electronic Means by Scott Sowka (klt, ) (Entered: 07/17/2006) |
| 07/07/2006 | | Criminal Case Terminated (ecm, ) (Entered: 11/08/2006) |
| 07/07/2006 | 4 | Minutes of Bench Trial and sentencing before Magistrate Judge David L. West begun on 7/7/2006 as to Scott Sowka (1); testimony/exhibits; court finds defendant guilty; matter proceeded to immediate sentencing; Defendant shall pay $100 fine; $25 CVB processing fee and $10 special assessment; Defendant is placed on unsupervised probation for a period of one year and shall not return to any National Forest during that time period. Defendant will be allowed to return to the Routt County National Forrest for the limited purpose of clean up after the 2006 Rainbow Family gathering. The one year unsupervised probation will be lifted in the event that the Rainbow Family obtains a permit for next years gathering by January 1, 2007. (Court Reporter FTR.) (Attachments: # 1 Govt Exhibit 1# 2 Govt Exhibit 2# 3 Govt Exhibit 3# 4 Dft Exhibit A# 5 Dft Exhibit B# 6 Dft Exhibit C# 7 Dft Exhibit D# 8 Dft Exhibit E# 9 Dft Exhibit F# 10 Dft Exhibit G# 11 Dft Exhibit H# 12 Dft Exhibit I# 13 Dft Exhibit J) (klt, ) (Entered: 07/17/2006) |
| 07/02/2006 | 3 | Minutes of initial appearance and arraignment before Judge David L. West as to Scott Sowka held on 7/2/2006, Plea entered by Scott Sowka (1) Not Guilty on count 1; Bench Trial set for 7/7/2006 11:00 AM before Magistrate Judge David L. West. (Court Reporter FTR.) (klt, ) (Entered: 07/17/2006) |
| 07/01/2006 | 2 | Redacted Violation Notice # F4067046/24H as to Scott Sowka (1). (kltsl, ) (Entered: 07/17/2006) |
| 07/01/2006 | 1 | Sealed Document: Unredacted Violation Notice (kltsl, ) (Entered: 07/17/2006) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 11/17/2006 15:53:37 | | |
| **PACER Login:** | us4076 | **Client Code:** |
| | | |

000003

| Description: | Docket Report | Search Criteria: | 1:06-cr-00282-WDM |
|---|---|---|---|
| Billable Pages: | 2 | Cost: | 0.16 |

000004