**United States District Court**
**Violation Notice**

CVB Location Code: 24H

Violation Number: F 4067046
Officer Name (Print): Krogstad
Officer No.: 1661

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/01/06 1800 hrs
Offense Charged: 36 CFR 261.10K

Place of Offense: Big Red Park Routt National Forest

Offense Description: Use or occupancy of National Forest Land without a Permit

DEFENDANT INFORMATION
Phone: 503 984 6841

Last Name: Sowka
First Name: Scott
M.I.: A

[Street Address, City, State, Zip Code, Date of Birth, Drivers License No., D.L. State, Social Security No. — redacted]

☒ Adult  ☐ Juvenile   Sex: ☒ M  ☐ F

VEHICLE DESCRIPTION — VIN:
[blank]

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

mandatory

Forfeiture Amount: $
+ $25 Processing Fee
PAY THIS AMOUNT → $ Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: North Routt Fire Station #2
61915 Rt. County Rd. 129
Hahn's Peak, CO 80428
(Mile Marker 26 - RCR 129)

Date (mm/dd/yyyy): 07/02/06
Time (hh:mm): [blank]

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed] Scott

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

000004-A
2