1  for resources not to be abused or wasted, for sites to be

2  cleaned up and left in pristine conditions.

3          But regardless of that, Your Honor, the

4  government must prove a second point, and that is that

5  they have pursued these interests in the manner least

6  restrictive to our religion.

7          Now, the prosecutor would have you to believe

8  this year is the only year that matters, but this has

9  been going on for 35 years, Your Honor.  And other than

10 three of those years, operating permits -- or operating

11 plans and cooperation between the Forest Service and the

12 Rainbow Family have pursued and reached the end of those

13 interests.

14         And they are far less restrictive than this,

15 in my view, illegal permit process.  I have nothing

16 further, Your Honor.

17         THE COURT:  Okay.  Thank you.  First of all,

18 as to Mr. Sowka's argument concerning the Religious

19 Freedom Restoration Act and I really think, also, the

20 First Amendment to the United States Constitution --

21 first of all, I commend you on your preparation and --

22 and your effort.

23         But the Court finds that the noncommercial

24 permit requirement of 36 Code of the Federal Regulation

25 261 and 251 is not restrictive in the exercise of rel- --

000005

religious freedom.  I think the permit requirement does

not substantially burden the exercise of your religious

beliefs.

4          The freedom -- the Religious Freedom

5     Restoration Act, which is 42 United States Code Section

6     2000, I do not see it being violated by 36CFR261 nor the

7     First Amendment.

8          The Forest Service has discretion as far as

9     issuing a permit.  The fire issue in Routt County and in

10    Routt National Forest, I think that discretion was

11    reasonably applied.  And I do not find that Sections 261

12    or 251 are being selectively enforced.

13         I find that there's a legitimate public

14    interest in mitigating the significant injury to the

15    forest land than having, at the date of this alleged

16    offense, 10,000 people present.

17         I think 36 Code of Federal Regulation 261 has

18    been reviewed in U.S. versus Johnson, which is 988 F.

19    Supp 920, a 1977 case; U.S. versus Massell (phonetic),

20    54 F. Supp 2d 903, a 1999 case; and, finally, U.S. versus

21    Meninger (phonetic), 351 F. 3d 892, a 1998 case.

22         Those are the findings of this court, plus,

23    additionally, I think both through the government's

24    witnesses and the defendant's testimony, the government

25    has established beyond a reason doubt the identity of

Mr. Sowka being present in Routt National Forest, in the
district of Colorado, and a group, a noncommercial group
of 74 or more, also known as the gathering of the Rainbow
Family and that there was no special-use permit that was
required pursuant to 36 Code of Federal Regulation
261.10, sub K, on July 1, 2006.

The level of organization -- additionally, I

8    find the level of organization of the Rain- -- Rainbow
Family gathering is not an element of this charge.

10   That's the finding of the Court.  Mr. Sowka,
11   you have a right to file a notice of appeal ten days from
12   today's date.  That needs to be filed in Denver.
13   MR. SOWKA:  Thank you, Your Honor.
14   THE COURT:  Okay.  Any other matters
15   concerning this case from the government or from
16   Mr. Sowka?
17   MR. NASRULLAH:  Do you guys have any?  Your
18   Honor --
19   THE COURT:  Sentencing is the next matter.
20   MR. NASRULLAH:  Yes.  Your Honor, can I have a
21   few minutes before sentencing?
22   THE COURT:  Yes.
23   MR. NASRULLAH:  Can I just confer with the
24   Forest Service officers?  (Inaudible.)  Okay.
25   THE COURT:  Okay.

000007

1        MR. NASRULLAH:  Your Honor, the government is

2   ready to proceed.

         THE COURT:  As to sentencing.

4        MR. SOWKA:  I did have one matter.  I was just

5   allowing the government to go first.

6        THE COURT:  Okay.  What?

7        MR. SOWKA:  Your Honor, I have here a list of

8   nine violations of the CFR26110 through 26112 that I

9   would personally be guilty of committing were I not to

10  return to clean up my camp site, as opposed to the one

11  violation if I were.  I would ask that the government

12  allow me to return and continue to tear down --

13       THE COURT:  Well, hold -- you've -- now, we've

14  got this out of order.

15       MR. SOWKA:  I'm sorry.

16       THE COURT:  Hang on a second.  That's okay.

17  You're doing fine.  Let's start with the government, and

18  let's see what they have to say as to sentencing; and

19  I'll give you every opportunity to make a statement as

20  well.

21       MR. NASRULLAH:  Your Honor, I do appreciate

22  the defendant's efforts here, I really do.  However, with

23  respect to the sentencing phase, I think there's three

24  different components of any sentence that the government

25  would ask for in this case.

000008

85

1          The first would be a year of probation
2     unsupervised, so that the Court doesn't have to get the
3     probation office involved.
4          The other would be a year of exclusion from
5     the national forest or until the Rainbow Family decides
6     before next year's gathering to come in and sign a
7     permit, at which the prohibition on the defendant being
8     in the national forest would be lifted.
9          As a subcomponent of that, the government
10    would ask that that would be in the event that the
11    Rainbow Family seeks a permit by January 1 of next year.
12         And lastly, Your Honor, this is -- this
13    defendant, despite his -- his, I believe, fairly sincere
14    belief in his position, I think there's going to be very
15    little deterrents based on the first two components of
16    the sentence.  I think you would find that would be
17    appropriate in this circumstance.
18         The maximum fine in this case would be --
19    being classified as a misdemeanor is $5,000.  The
20    government would respectfully suggest a fine of $500.
21         THE COURT:  Okay.  Thank you.  Mr. Sowka, what
22    would you like to say before sentence is imposed?
23         MR. SOWKA:  Two things, Your Honor.  First of
24    all, I would like to remind the Court that I -- rather
25    than hide in the forest, I approached a Forest Service

000009

1    officer and asked for a ticket, for my chance to come

2    here in court and demonstrate that this law is

3    inappropriate and illegal.  And I understand I failed on

4    that, but I would like the Court to please keep that in

5    mind during sentencing.

6              And, I'm sorry, there's three things,

7    actually.  The second, I came here as an individual, Your

8    Honor.  I -- if I am barred from the forest for a year, I

9    will not return for a year.  It doesn't matter what the

10   Rainbow Family does.  I think it's wholly inappropriate

11   to attach any part of my sentence to what the Rainbow

12   Family does.

13             And, third, going back to the fire permit I

14   showed you, I have an operating camp that has been -- had

15   latrines dug, fire pits built, and, you know, has some of

16   my gear there, things laying around.  And there was a

17   total of nine violations I would be committing if I not

18   return there.

19             I would ask that the Court suspend sentence

20   for a period of days so that I might return and clean up

21   that, and I will leave immediately after that is

22   finished.

23             THE COURT:  All right.  The Court is going to

24   impose a fine of $100, because that's what I've been

25   doing consistently, and I don't see any reason to

000010

1   increase the fine in your case.  There's a $25 Central

2   Violations Bureau processing fee and a $10 victim

3   compensation fee.  That's a total of $135.

4           Additionally, I'm going to place you on one

5   year's supervised -- unsupervised probation, with a

6   special condition of that probation, that you can't be in

    any United States forest for a period of that year except

8   as follows.  You can be in the Routt National Forest up

9   until September 1, 2006 to participate in the cleanup of

10  the site.

11          Number two, this condition will be removed

12  upon either you or the Rainbow Family making a good-faith

13  effort to obtain a 261.10K permit for the gathering in

14  2007, and that effort needs to be made by January 1,

15  2007.

16          That's the order of the Court.  We're in

17  recess.  Mr. Mayo's (phonetic) cases are next, but we're

18  going to take about a ten-minute break.

19          (End time 00:06:06:24)

20

21

22

23

24

25

                                              000011