LEXSTAT 18 U.S.C. § 3402

UNITED STATES CODE SERVICE
Copyright © 2006 Matthew Bender & Company, Inc.,
one of the LEXIS Publishing (TM) companies
All rights reserved

\*\*\* CURRENT THROUGH P.L. 109-363, APPROVED 10/17/2006 \*\*\*

TITLE 18. CRIMES AND CRIMINAL PROCEDURE
PART II. CRIMINAL PROCEDURE
CHAPTER 219. TRIAL BY UNITED STATES MAGISTRATES

**Go to Code Archive Directory for this Jurisdiction**

*18 USCS § 3402*

§ 3402. Rules of procedure, practice and appeal

In all cases of conviction by a United States magistrate [United States magistrate judge] an appeal of right shall lie from the judgment of the magistrate [magistrate judge] to a judge of the district court of the district in which the offense was committed.

**HISTORY:**
   (June 25, 1948, ch 645, § 1, 62 Stat. 831; Oct. 17, 1968, P.L. 90-578, Title III, § 302(b), 82 Stat. 1116; Nov. 19, 1988, P.L. 100-702, Title IV, § 404(b)(2), 102 Stat. 4651.)

**HISTORY; ANCILLARY LAWS AND DIRECTIVES**

Prior law and revision:
   This section is based on Act Oct. 9, 1940, ch 685, § 2, 54 Stat. 1059 (former *18 U.S.C. § 576a*).

Explanatory notes:
   The bracketed words "United States magistrate judge" were inserted in this section on the authority of Act Dec. 1, 1990, P.L. 101-650, Title III, § 312, which appears as *28 USCS § 631* note.
   The heading for this section was not amended to reflect the subject matter of the section as amended by Act Nov. 19, 1988, P.L. 100-702, Title IV, § 404(b)(2).

Amendments:

1968. Act Oct. 17, 1968, in the catchline, substituted a semicolon for a comma; and substituted this section for one which read:
   "In all cases of conviction by United States commissioners an appeal shall lie from the judgment of the commissioner to the district court of the United States for the district in which the offense was committed.
   "The Supreme Court shall prescribe rules of procedure and practice for the trial of cases before commissioners and for taking and hearing of appeals to the said district courts of the United States.".

1988. Act Nov. 19, 1988 (effective 12/1/88 as provided by § 407 of such Act, which appears as *28 USCS § 2071* note) deleted the second para. which read: "The Supreme Court shall prescribe rules of procedure and practice for the trial of cases before magistrates and for taking and hearing of appeals to the judges of the district courts of the United States.".

Other provisions:
  **Transitional provisions and effective date of amendment made by Act Oct. 17, 1968.** For transitional provisions and effective date of 1968 amendment, see Other provisions note under *18 USCS § 3006A*.

**NOTES:**

Code of Federal Regulations:
  Defense Logistics Agency--Preparing and processing minor offenses and violation notices referred to U.S. District Courts, 32 CFR Part 1290.