LEXSTAT 42 USC 2000BB

UNITED STATES CODE SERVICE
Copyright © 2006 Matthew Bender & Company, Inc.,
one of the LEXIS Publishing (TM) companies
All rights reserved

\*\*\* CURRENT THROUGH P.L. 109-363, APPROVED 10/17/2006 \*\*\*

TITLE 42. THE PUBLIC HEALTH AND WELFARE
CHAPTER 21B. RELIGIOUS FREEDOM RESTORATION

**Go to Code Archive Directory for this Jurisdiction**

*42 USCS § 2000bb*

§ 2000bb. Congressional findings and declaration of purposes

(a) Findings. The Congress finds that--
 (1) the framers of the Constitution, recognizing free exercise of religion as an unalienable right, secured its protection in the First Amendment to the Constitution;
 (2) laws "neutral" toward religion may burden religious exercise as surely as laws intended to interfere with religious exercise;
 (3) governments should not substantially burden religious exercise without compelling justification;
 (4) in *Employment Division v. Smith, 494 U.S. 872 (1990)* the Supreme Court virtually eliminated the requirement that the government justify burdens on religious exercise imposed by laws neutral toward religion; and
 (5) the compelling interest test as set forth in prior Federal court rulings is a workable test for striking sensible balances between religious liberty and competing prior governmental interests.

(b) Purposes. The purposes of this Act are--
 (1) to restore the compelling interest test as set forth in *Sherbert v. Verner, 374 U.S. 398 (1963)* and *Wisconsin v. Yoder, 406 U.S. 205 (1972)* and to guarantee its application in all cases where free exercise of religion is substantially burdened; and
 (2) to provide a claim or defense to persons whose religious exercise is substantially burdened by government.

**HISTORY:**
 (Nov. 16, 1993, P.L. 103-141, § 2, 107 Stat. 1488.)

**HISTORY; ANCILLARY LAWS AND DIRECTIVES**

References in text:
 "This Act", referred to in this section, is Act Nov. 16, 1993, P.L. 103-141, 107 Stat. 1488, popularly known as the Religious Freedom Restoration Act of 1993, which appears generally as *42 USCS §§ 2000bb* et seq. For full classification of such Act, consult USCS Tables volumes.

Short titles:
 Act Nov. 16, 1993, P.L. 103-141, § 1, 107 Stat. 1488, provides: "This Act may be cited as the 'Religious Freedom Restoration Act of 1993'.". For full classification of such Act, consult USCS Tables volumes.