LEXSTAT 42 USC 2000BB-1

UNITED STATES CODE SERVICE
Copyright © 2006 Matthew Bender & Company, Inc.,
one of the LEXIS Publishing (TM) companies
All rights reserved

\*\*\* CURRENT THROUGH P.L. 109-363, APPROVED 10/17/2006 \*\*\*

TITLE 42. THE PUBLIC HEALTH AND WELFARE
CHAPTER 21B. RELIGIOUS FREEDOM RESTORATION

**Go to Code Archive Directory for this Jurisdiction**

*42 USCS § 2000bb-1*

§ 2000bb-1. Free exercise of religion protected

(a) In general. Government shall not substantially burden a person's exercise of religion even if the burden results from a rule of general applicability, except as provided in subsection (b).

(b) Exception. Government may substantially burden a person's exercise of religion only if it demonstrates that application of the burden to the person--
   (1) is in furtherance of a compelling governmental interest; and
   (2) is the least restrictive means of furthering that compelling governmental interest.

(c) Judicial relief. A person whose religious exercise has been burdened in violation of this section may assert that violation as a claim or defense in a judicial proceeding and obtain appropriate relief against a government. Standing to assert a claim or defense under this section shall be governed by the general rules of standing under article III of the Constitution.

**HISTORY:**
(Nov. 16, 1993, P.L. 103-141, § 3, 107 Stat. 1488.)

000116