LEXSTAT 42 USCS § 2000BB-2

UNITED STATES CODE SERVICE
Copyright © 2006 Matthew Bender & Company, Inc.,
one of the LEXIS Publishing (TM) companies
All rights reserved

\*\*\* CURRENT THROUGH P.L. 109-363, APPROVED 10/17/2006 \*\*\*

TITLE 42. THE PUBLIC HEALTH AND WELFARE
CHAPTER 21B. RELIGIOUS FREEDOM RESTORATION

**Go to Code Archive Directory for this Jurisdiction**

*42 USCS § 2000bb-2*

§ 2000bb-2. Definitions

As used in this Act--
   (1) the term "government" includes a branch, department, agency, instrumentality, and official (or other person acting under color of law) of the United States, or of a covered entity;
   (2) the term "covered entity" means the District of Columbia, the Commonwealth of Puerto Rico, and each territory and possession of the United States;
   (3) the term "demonstrates" means meets the burdens of going forward with the evidence and of persuasion; and
   (4) the term "exercise of religion" means religious exercise, as defined in section 8 of the Religious Land Use and Institutionalized Persons Act of 2000 [*42 USCS § 2000cc-5*].

**HISTORY:**
   (Nov. 16, 1993, P.L. 103-141, § 5, 107 Stat. 1489.)
   (As amended Sept. 22, 2000, P.L. 106-274, § 7(a), 114 Stat. 806.)

**HISTORY; ANCILLARY LAWS AND DIRECTIVES**

References in text:
   "This Act", referred to in this section, is Act Nov. 16, 1993, P.L. 103-141, popularly known as the Religious Freedom Restoration Act of 1993, which appears generally as *42 USCS §§ 2000bb* et seq. For full classification of such Act, consult USCS Tables volumes.

Amendments:

2000. Act Sept. 22, 2000, in para. (1), substituted "or of a covered entity" for "a State, or a subdivision of a State", in para. (2), substituted "term 'covered entity' means" for "term 'State' includes", and, in para. (4), substituted "religious exercise, as defined in section 8 of the Religious Land Use and Institutionalized Persons Act of 2000." for "the exercise of religion under the First Amendment to the Constitution.".

**NOTES:**

Code of Federal Regulations:

Public Health Service, Department of Health and Human Services--Charitable Choice regulations applicable to States, local governments, and religious organizations receiving substance abuse prevention and treatment block grants and/or projects for assistance in transition from homelessness grants, 42 CFR Part 54.