LEXSTAT 42 USCS § 2000BB-3

UNITED STATES CODE SERVICE
Copyright © 2006 Matthew Bender & Company, Inc.,
one of the LEXIS Publishing (TM) companies
All rights reserved

\*\*\* CURRENT THROUGH P.L. 109-363, APPROVED 10/17/2006 \*\*\*

TITLE 42. THE PUBLIC HEALTH AND WELFARE
CHAPTER 21B. RELIGIOUS FREEDOM RESTORATION

GO TO CODE ARCHIVE DIRECTORY FOR THIS JURISDICTION

*42 USCS § 2000bb-3*

§ 2000bb-3. Applicability

(a) In general. This Act applies to all Federal law, and the implementation of that law, whether statutory or otherwise, and whether adopted before or after the enactment of this Act [enacted Nov. 16, 1993].

(b) Rule of construction. Federal statutory law adopted after the date of the enactment of this Act [enacted Nov. 16, 1993] is subject to this Act unless such law explicitly excludes such application by reference to this Act.

(c) Religious belief unaffected. Nothing in this Act shall be construed to authorize any government to burden any religious belief.

**HISTORY:**
(Nov. 16, 1993, P.L. 103-141, § 6, 107 Stat. 1489.)
(As amended Sept. 22, 2000, P.L. 106-274, § 7(b), 114 Stat. 806.)

**HISTORY; ANCILLARY LAWS AND DIRECTIVES**

References in text:
"This Act", referred to in this section, is Act Nov. 16, 1993, P.L. 103-141, popularly known as the Religious Freedom Restoration Act of 1993, which appears generally as *42 USCS §§ 2000bb* et seq. For full classification of such Act, consult USCS Tables volumes.

Amendments:

2000. Act Sept. 22, 2000, in subsec. (a), deleted "and State" following "Federal".

**NOTES:**

Code of Federal Regulations:
Public Health Service, Department of Health and Human Services--Charitable Choice regulations applicable to States, local governments, and religious organizations receiving substance abuse prevention and treatment block grants and/or projects for assistance in transition from homelessness grants, 42 CFR Part 54.