LEXSTAT 42 USCS § 2000BB-4

UNITED STATES CODE SERVICE
Copyright © 2006 Matthew Bender & Company, Inc.,
one of the LEXIS Publishing (TM) companies
All rights reserved

\*\*\* CURRENT THROUGH P.L. 109-363, APPROVED 10/17/2006 \*\*\*

TITLE 42. THE PUBLIC HEALTH AND WELFARE
CHAPTER 21B. RELIGIOUS FREEDOM RESTORATION

**GO TO CODE ARCHIVE DIRECTORY FOR THIS JURISDICTION**

*42 USCS § 2000bb-4*

§ 2000bb-4. Establishment Clause unaffected

Nothing in this Act shall be construed to affect, interpret, or in any way address that portion of the First Amendment prohibiting laws respecting the establishment of religion (referred to in this section as the "Establishment Clause"). Granting government funding, benefits, or exemptions, to the extent permissible under the Establishment Clause, shall not constitute a violation of this Act. As used in this section, the term "granting", used with respect to government funding, benefits, or exemptions, does not include the denial of government funding, benefits, or exemptions.

**HISTORY:**
(Nov. 16, 1993, P.L. 103-141, § 7, 107 Stat. 1489.)

**HISTORY; ANCILLARY LAWS AND DIRECTIVES**


References in text:
  "This Act", referred to in this section, is Act Nov. 16, 1993, P.L. 103-141, 107 Stat. 1488, popularly known as the Religious Freedom Restoration Act of 1993, which appears generally as *42 USCS § § 2000bb* et seq. For full classification of such Act, consult USCS Tables volumes.

**NOTES:**

Code of Federal Regulations:
  Public Health Service, Department of Health and Human Services--Charitable Choice regulations applicable to States, local governments, and religious organizations receiving substance abuse prevention and treatment block grants and/or projects for assistance in transition from homelessness grants, 42 CFR Part 54.