FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 18 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

    Plaintiff, Appellee,

v.

SCOTT SOWKA

    Defendant, Appellant.

Appeal No. 06-cr-282-WDM

On Appeal from Judgment
of the US Magistrate:
Criminal Case No: F4067046

---

# Supplemental Brief and Request for Information

---

## PURPOSE AND CONTENTS OF THIS DOCUMENT

This document is meant to inform the court of a conversation between the parties in this case, pertaining to the status of the transcript of criminal case number F4067046, contracted by the Appellee. Additionally, information is sought by the Appellant, as to the nature of the court's preferences in the matter of referencing this new transcript.

## STATUS OF THE OFFICIAL TRANSCRIPT

As the court is surely aware, the final transcript of criminal case number F4067046 is incomplete. In many places, the text, "inaudible" has been inserted in place of testimony. Additionally, the transcript appears to contain factual errors and gross misspellings that amount to factual errors. In an example of the former, a witness clearly answered a question by saying, "no," while the transcript reports his answer as, "yes." In

an example of the latter, the "Baha'i Café", is referred to, in the transcript, as "the High Café."

Per rule 10 (B)(1) of the Federal Rules of Appellate Proceedure, the Appellant ordered and received an audio recording of the proceedings of July 7, 2006. At the time, no written transcript was available. The appellant's copy of the recording is audible. Appellant completed his opening brief using only the audio recording, which was the official record, sent by the clerk of the court, at that time.

Discrepancies between the two records were discussed over the telephone by Mr. Sowka and Mr. Nasrullah. The Appellee agreed that the transcript may contain errors but, citing time constraints, was unwilling to meet in order to complete a full correction of the transcript. His suggestion was that the Appellant undertake the task of complete correction, forwarding the changes to the Appellee for discussion. In Mr. Sowka's view, this suggestion unfairly burdens the Appellant, especially since the transcript was contracted and compiled by the Appellee without any input from the Appellant, who had met his responsibilities concerning the record, and was already proceeding with his case. The responsibility of correcting errors should fall to the Appellee, or at least be shared by the two parties.

In the interest of the court's convenience, a compromise was reached. Both parties agree that the audio recording should be considered to be the official factual record of the case, with the transcript serving as a reference document of convenience. To these ends, errors and omissions within the transcript will only be corrected as they become material to the arguments of either party, per Rule 10 (4) (e) (2) (a).

Several errors have already become material and are being sent to the Appellee for consideration. These should represent the sum of errors to be raised during this appeal, as filings are nearly complete. In the event of appeal to the Tenth Circuit, a more complete proofreading may be undertaken.

In the case of a de novo review, the Appellant would ask that the court review the audio record in supplement to the written transcript.

### REQUEST FOR INFORMATION

In light of the above facts, the Appellant is willing to amend his Opening Brief to reference the written transcript. Is this desired by the court, for the sake of convenience? If so, would the court prefer that the Opening Brief be physically amended and refiled with the new references (no other changes would be implemented) or would a table of correspondences be sufficient?

In any event, the Appellant appreciates the court's understanding in these matters.

Dated: December 15, 2006

Scott Sowka (pro se)
1200 W. Elm St. ~ Fort Collins, CO 80521
(503) 984-6841 ~ madpoet418@yahoo.com

x _[signature]_

S. Sowka
1200 W. Elm St.
Fort Collins, CO 80521

Crim Div

USDC
901 19th St, #705
Denver, CO 80294

re: Appeal No. 0