F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FEB 9  2009

GREGORY C. LANGHAM
CLERK

UNITED STATES OF AMERICA,

      Plaintiff, Appellee,          Appeal No. 06-cr-282-WDM

v.                           On Appeal from Judgment
                                of the US Magistrate:
SCOTT SOWKA                Criminal Case No: F4067046

      Defendant, Appellant.

---

# Declaration of Transcript Errors

---

### TABLE OF CONTENTS

1.  General Statistics ............................................................................................. 1
2.  Corretions for Material Errors ...................................................................... 2
3.  Opening Brief Cites to F4067046 ................................................................. 5

### 1. GENERAL STATISTICS

The following statistics pertain to a CD transcription of United States of America V. Scott Sowka, Criminal Case No. F4067046. This transcript was produced by Javernick & Stenstrom, LLC, at the behest of the government. A certified original was proofread by the appellant and the following errors were discovered.

55 cases of the notation (inaudible) referenced phrases that were audible when played back at high volume. 32 minor spelling errors were made. 121 errors were made in which one phrase was exchanged for another, or where a phrase was omitted without notation, sometimes vitally effecting the context of the facts. 17 errors were made in which a word or phrase was added to the text without appearing on the audio recording. Additionally,

the transcript attributed a statement to the wrong speaker in 6 instances. Phonetic rendering of names and phrases was unnecessarily distorted (ex: Barry Adams recorded as Gary Atlins) in 8 instances.

Altogether, the transcript contains a total of 239 errors, spanning 212 of the transcript's 2069 lines (over 10%). These account for 417 words omitted by error and 194 words inserted by error, not counting the replacement of homonyms or similar word forms (i.e. pluralizing, changing –ed to –ing, etc).

The majority of these errors are relatively minor. Both parties in this case have agreed to correct only those instances which, in their opinions, are material to the case. The Appellant's list of 40 currently material errors appears below. Appellee has agreed to investigate and then either agree with or contest the listed errors; Appellant expects that a reasonable amount of time will be granted to the government within which to do so, and has no objection.

Written record of these errors is hereby submitted to the court in the interest of full disclosure, and to create a complete record of interactions between the parties in this case. A judgment is not sought on the legitimacy of the listed errors, and will not be sought unless one or more errors are contested by the Appellee.

Even after these corrections are made, is suggested that the court review both the written and oral records in this case prior to issuing a judgment, since many errors, not considered material in the opinion of the Appellant, are not listed.

## 2. CORRETIONS FOR MATERIAL ERRORS

- pg 25, line 8: replace "Christian" with "Krishna"
- pg 25, line 9: replace "Christian" with "Krishna"

- pg 25, line 9: replace "High" with "Ba'hai"

- pg 30, line 5: replace "(inaudible)" with "Yes."

- pg 34, line 14: add "ticketing." after "to avoid"

- pg 48, line 14: replace "violation notice" with "ticket book amongst us"

- pg 54, line 19: replace "(inaudible)" with "I'm unsure of how to state my residence, I'm nomadic."

- pg 59, line 13: replace "believe there were" with "counted, again,"

- pg 61, line 22: replace "ecocrime" with "equal crime"

- pg 63, line 18: replace "(inaudible)" with "helping out."

- pg 64, line 17: replace "very-much" with "very large" and replace "chain of" with "clean-up"

- pg 64, line 20: replace "(inaudible)" with "met"

- pg 65, line 2: replace "very-much" with "very large"

- pg 65, line 3: replace "chain of" with "clean-up"

- page 66, line 9: replace "(inaudible)" with "Every year."

- page 66, line 16: replace "involving" with "removing"

- page 66, line 19: strike "No." before "I've been back"

- page 67, line 21: add "and I am nomadic." after "Sowka"

- pg 68, line 9: replace "Shana" with "Shakina" and replace "Mohana" with "Ba'hai"

- pg 68, line 15: replace "pieces" with "beliefs is"

- pg 68, line 16: replace "leave" with "meet"

- pg 68, line 22: replace "through its contempt" with "breeds contempt" and replace "talking" with "conflict"

- pg 69, line 24: replace "(inaudible)" with "stewarding the land."

- pg 70, line 10: replace "There were" with "To contradict"

- pg 70, line 14: replace "armed" with "more"

- pg 70, line 15: replace "(inaudible)" with "within his personal space"

- pg 70, line 16: replace "them" with "him"

- pg 70, line 25: replace "assault and two-way" with "assaultive and intimidative"

- pg 71, line 2: replace "(inaudible)" with "within"

- pg 72, line 3: replace "without a permit. It says" with "in fact, on the permit, it says"

- pg 72, line 12: after "go back" replace "and (inaudible)" with "to using operating plans so we may practice our religion."

- pg 73, line 23: replace "life" with "wife's" and replace "(inaudible)" with "own"

- pg 73, line 24: replace the first instance of "(inaudible)" with "four times"

- pg 73, line 24-25: replace "and not (inaudible), in other words" with "not performing my first aid services,"

- pg 74, line 9: replace "maintain" with "attain"

- pg 74, line 15: replace "people (inaudible)" with "those who are gathered to pray."

- page 76, line 2: replace "results in the large" with "the assaults, the large"

- pg 76, line 11: replace both instances of "resource" with "recourse" and replace "permit" with "pray"

- pg 80, line 7: replace "actually" with "action"

- pg 80, line 24: replace "high" with "how"

### 3. OPENING BRIEF CITES TO F4067046

Appellant requested the court's preference in how to alter notations in his Opening Brief, since they refer to the audio time-log rather than to the transcript currently in use as a record of the trial of Case No. F4067046. As no reply was received from the court, the Opening Brief has not been re-entered with transcript cites, nor has a table of correspondences been filed. Appellant is willing to undertake either of these tasks in the future, should the court request such, and provided that sufficient time is granted in order for him to do so.

Dated: 02/05/07

Scott Sowka (pro se)
1200 W. Elm St. ~ Fort Collins, CO 80521
(503) 984-6841 ~ madpoet418@yahoo.com

x Scott S

(Rev. 04/15/02)