**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CASE NO. 06-cr-00282-WDM-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     SCOTT SOWKA,

       Defendant.

---

**GOVERNMENT'S RESPONSE TO DECLARATION OF TRANSCRIPT ERRORS**

---

    The United States, through the undersigned counsel, submits its Response to the Defendant's Declaration of Transcript Errors:

    1. Appellant Sowka contends that the written trial transcript has many errors. The trial was conducted by the Court in a Fire Station in Routt County, and the proceedings were tape recorded by the Court. After this appeal was filed, with the Clerk's Office's consent, the Government asked a certified Court Reporter to transcribe the audio recording. The errors in the transcript are hardly the Government's doing particularly since the Appellant made no effort to obtain a transcript himself.

    2. The Government disagrees that all of the errors identified by the Appellant are material. Notwithstanding, the Government has reviewed the available audio recording of the trial and compared it with the prepared transcript, and has no objection to the corrections proposed by the Appellant on pages 2 through 5 of the Declaration of

Transcript Errors, with the following exceptions:

    (a)    **25:9** - requested change on 25:12 rather than 25:9 (no objection to the change - "High" to "Bahai".

    (b)    **30:5** - Objection as neither the question nor the answer is complete or understandable.

    (c)    **72:12** - replace the term "plan" with "permit" in Defendant's proposed addition of language.

3. In addition, the Government requests that the following corrections be made to the transcript:

    (a)    **33:8** - replace "commander" with "ranger."

    (b)    **41:18** - replace the second "let's" with "led to."

    (c)    **46:23** - replace "inaudible" with "My discussions with Defendant stemmed from" (the audio transcript is difficult to understand at this juncture but the Government's good faith review indicates that the portion designated as "inaudible" by the Court Reporter is the language above).

    (d)    **70:1** - replace "determine" and "inaudible" with "becomes illegal"

    (e)    **72:14** - replace "worthy" with "wordy"

    (f)    **73:5** - replace "Taps" with "test"

    (g)    **73:6** - replace "Taps" with "test"

    (h)    **73:10** - replace "Taps" with "test"

(i) **73:12** - replace "inaudible" with "in the chain of command"

(j) **75:10** - replace "inaudible" with "I've never seen such a permit, no"

(k) **76:23** - add "system" after "forest"

(l) **76:24** - replace "personal" with "special"

(m) **77:14** - replace "inaudible" with "date the ticket was written"

DATED this 25th day of May, 2006.

Respectfully submitted,

TROY A. EID
United States Attorney

By:   s/ Habib Nasrullah
      HABIB NASRULLAH
      Assistant United States Attorney
      1225 Seventeenth Street, Suite 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      Facsimile: (303) 454-0404
      E-mail: Habib.Nasrullah@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on May 25th, 2007, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DECLARATION OF TRANSCRIPT ERRORS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

madpoet418@yahoo.com

                                              By:   s/ Habib Nasrullah
                                                      HABIB NASRULLAH
                                                      Assistant United States Attorney
                                                      1225 Seventeenth Street, Suite 700
                                                      Denver, Colorado 80202
                                                      Telephone: (303) 454-0100
                                                      Facsimile: (303) 454-0404
                                                      E-mail: Habib.Nasrullah@usdoj.gov